KOLLIN J. ZIMMERMANN (SBN 273092)
kzimmermann@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
9720 Wilshire Boulevard PH
Beverly Hills, CA 90212-2018
Telephone: 310-248-3830
Facsimile: 310-860-0363

R. CHARLES HENN JR. (admitted pro hac vice)
chenn@kilpatricktownsend.com
KENESIA L. COOK (admitted pro hac vice)
kcook@kilpatricktownsend.com
BETHANY R. NELSON (pro hac vice pending)
brnelson@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: 404-815-6500
Facsimile: 404-815-6555

Attorneys for Defendant
ADIDAS AMERICA, INC.

JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAR 24, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM BERTI LEVY,<br><br>Plaintiff,<br><br>v.<br><br>ADIDAS AG; ADIDAS AMERICA, INC.,<br><br>Defendants. | Case No. 2:18-CV-06542 PSG(MAAx)<br><br>**[PROPOSED]** **JUDGMENT**<br><br>~~Date:~~ ~~March 30, 2020~~<br>~~Time:~~ ~~1:30 p.m.~~<br>Courtroom: 6A<br>Judge: Hon. Philip S. Gutierrez<br><br>Action Filed: July 30, 2018<br>Pre-Trial Conference: June 1, 2020<br>Trial Date: June 16, 2020 |

~~This Court heard the Motion for Summary Judgment filed by Plaintiff adidas America, Inc. ("adidas") against Plaintiff Abraham Berti Levy ("Levy") on March 30, 2020, at 1:30 p.m. in Courtroom 6A.~~ Having considered this Motion and all the pleadings filed in this Action, this Court GRANTS adidas's Motion for Summary Judgment in full, dismisses all claims against adidas, and orders that the USPTO and the Trademark Commissioner cancel Registration No, 4,928,298. ~~The Court further GRANTS adidas's request for reasonable attorneys' fees.~~

JUDGMENT IS ENTERED FOR ADIDAS. IT IS SO ORDERED.

Date: March 24, 2020

_____
The Honorable Philip S. Gutierrez
UNITED STATES DISTRICT JUDGE